**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00112-CV**
_____

**TRACY NICOLE THOMAS, Appellant**

**V.**

**KEVIN THOMAS SR., Appellee**

_____

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-239,365**
_____

**MEMORANDUM OPINION**

Tracy Nicole Thomas filed a notice of appeal from a final decree of divorce, which the trial court signed on March 17, 2023.

On May 16, 2023, the District Clerk notified the Court that Appellant had failed to pay or to arrange to pay for the clerk's record in her appeal. On that same day, we notified the parties that the clerk's record had not been filed and we warned Appellant that we would dismiss the appeal unless she arranged to pay the fee

1

required to file the clerk's record or she explained that she needed additional time to do so by June 15, 2023. *See* Tex. R. App. P. 37.3(b).

On May 31, 2023, through a notice issued by the Clerk of the Court, we warned the parties that Appellant had not remitted the filing fee and that unless she paid the fee, the Court would dismiss the appeal without further notice on any date after June 15, 2023. Appellant neither paid the filing fee nor asserted that she was unable to afford payment of costs. *See* Tex. R. App. P. 5, 20.1. None of the parties responded to the Court's notices.

In the absence of a satisfactory explanation justifying Appellant's failure to pay the filing fee for the appeal or to arrange to pay for a clerk's record to support her appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 12, 2023
Opinion Delivered July 13, 2023

Before Golemon, C.J., Horton and Johnson, JJ.